Carney R. Shegerian
Anthony Nguyen
SHEGERIAN & ASSOCIATES, INC.
225 Santa Monica Blvd., Ste. 700
Santa Monica, CA 90401
Tel: 310.860.0770
Fax: 310.860.0771
CShegerian@Shegerianlaw.com
ANguyen@Shegerianlaw.com

Attorneys for Plaintiff
SIVAKUMAR KARNATI

*Counsel for Defendants on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIVAKUMAR KARNATI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, BOSTON SCIENTIFIC, BERG DOUDIAN, GIA TRISHER, and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 2:19-cv-07136 PSG(JEM)<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A<br><br>**STIPULATED PROTECTIVE ORDER** |

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
Alejandro David Szwarcsztejn, Bar No. 272371
Sarah J. Allen, Bar No. 306286
600 Anton Boulevard Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700
barbara.miller@morganlewis.com
david.szwarcsztejn@morganlewis.com
sarah.allen@morganlewis.com

Attorneys for Defendants
BOSTON SCIENTIFIC CORPORATION,
BOSTON SCIENTIFIC
NEUROMODULATION CORPORATION,
BERJ DOUDIAN (erroneously sued as BERG
DOUDIAN), and GIA TISCHLER (erroneously
sued as GIA TRISHER)

**FOR GOOD CAUSE SHOWN, IT IS ORDERED.**

DATED: 9/14/2020

_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

STIPULATED
PROTECTIVE ORDER
2:19-CV-07136 PSG JEM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

1

[PROPOSED] STIPULATED
PROTECTIVE ORDER
2:19-cv-07136 PSG JEM